Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-12-00215-CV

Jaime **LUEVANO**,
Appellant

v.

Warden Jeff **MORTON**, et al.,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 11-01-00020-CVK
Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  May 30, 2012

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final judgment on April 15, 2011. The notice of appeal was due to be filed on May 16, 2011. TEX. R. APP. P. 26.1. Appellant did not file a notice of appeal until April 12, 2012. Although appellant states in his notice of appeal that he did not receive notice of the trial court's judgment, the absence of notice that a final judgment was signed cannot extend the period for filing a notice of appeal "more than 90 days after the judgment or order was signed." TEX. R. APP. P. 4.2(a)(1).

On April 26, 2012, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant responded to our order but provides no authority for this court to exercise jurisdiction over this appeal. Because appellant's notice of appeal was untimely filed, this appeal is dismissed for lack of jurisdiction. TEX. R. APP. P. 42.3.

PER CURIAM